IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Sherian W. Rogers, | ) | C.A. No. 7:08-cv-00292-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ON MOTION FOR** |
| | ) | **PROTECTION** |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company/MetLife Disability, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant appeared before the Court requesting protection for June 12th through 20th, June 30th through July 4th, and July 21st through 25th due to a family vacations.

IT IS, THEREFORE, HEREBY ORDERED that the protection request be granted.

S/ R. Bryan Harwell
The Honorable R. Bryan Harwell
U.S. District Judge

June 9, 2008
Florence, South Carolina